Case Style: Winston v. A to Z Wiring & RWL Communications

Case Number: 5:16-cv-484

On 10-16-17, the parties appeared for a settlement conference before the U.S. Magistrate Judge, Philip R. Lammens, and the Plaintiff Mr. Winston and the Defendants A-Z And RWL Communications, the successfully reached a settlement. In particular, the Plaintiff and the Defendant agreed to the following:

1. Payment of money as follows: $1,250 from Defendants to Plaintiff Mr. Winston.

2. When paid: 14 days from date of approval.

3. Attorney fees and costs: $2,000

4. Dismissal with prejudice/~~without prejudice~~ as to Plaintiff Mr. Winston

5. Other terms: The opt-in plaintiff will be dismissed without prejudice.

Agreed to: 10-16-17.

Plaintiff: [signature]

Plaintiff Counsel: [signature]

Defendant: [signature] A to Z Wiring LLC
[signature] RWL

Defendant Counsel: [signature]