# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

BRIAN WINSTON and LAFARRELL BUNTING,

      Plaintiffs,

v.                              Case No: 5:16-cv-484-Oc-40PRL

A TO Z WIRING, LLC and RWL COMMUNICATIONS, INC.,

      Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Agreed Motion for Approval of Settlement (Doc. 40) filed November 22, 2017 and Defendants' Notice of Non-Opposition to Plaintiff's Motion to Approve Settlement (Doc. 41) filed November 27, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 29, 2017 (Doc. 42), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Agreed Motion for Approval of Settlement (Doc. 40) is **GRANTED**.

3. The Court **FINDS** the settlement agreement (Doc. 40-1) to be a fair and reasonable compromise of Plaintiff's FLSA claim.

4. The claims of Plaintiff Brian Winston are **DISMISSED with prejudice**.

5. The claims of the opt-in Plaintiff are **DISMISSED without prejudice**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 14, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties